UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
                Plaintiff

    vs                                            Case Number: 11-40077-01-RDR

RASCHON JONTUE SMITH,
                Defendant.

## **ORDER**

NOW ON this 22nd day of December, 2011, the above-captioned matter comes before the Court upon defendant's motion for a continuance of the trial scheduled herein.

After consideration of the defendant's motion, and for good cause shown, the Court will grant defendant's motion and continue the jury trial.

The Court notes that defendant acknowledged that any delay caused by this continuance shall be excluded from speedy trial calculations for purposes of 18 U.S.C. § 3161(h). Pursuant to the provisions of 18 U.S.C. § 3161(h), the period of time resulting from this delay shall be excluded in computing the period of time within which defendants should be brought to trial under the provisions of the Speedy Trial Act. The jury trial herein is rescheduled for February 14, 2012 at 9:30 a.m.

IT IS THEREFORE ORDERED that defendant Raschon Jontue Smith's Motion to Continue Trial Setting (Doc. 20) is granted.

Dated this 22nd day of December, 2011 at Topeka, Kansas.

                                                          s/Richard D. Rogers
                                                          United States District Judge